**Order entered September 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00996-CV

### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

### V.

### F.A.V., Appellee

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-01557-2016**

## ORDER

Before the Court is appellee's August 29, 2018 unopposed motion to change the style of this case and redact appellee's full name from documents on file with this Court that are available to the public. We **GRANT** the motion **only to the extent** that we **DIRECT** the Clerk of this Court to change the style of this case to *Texas Department of Public Safety v. F.A.V.* We **DENY** the motion in all other respects.


/s/     ADA BROWN
        JUSTICE